FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 0 5 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-00666-PHX-SPL (JZB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 1544 |
| Craig Austin Lang, | (Misuse of a Passport) |
| Defendant. | Count 1 |

THE GRAND JURY CHARGES:

On or about September 24, 2018, in Mexico, outside the jurisdiction of any particular state and district, CRAIG AUSTIN LANG, willfully and knowingly used and attempted to use United States passport No. XXXXX4398, in that the defendant did present said passport to Mexican authorities to obtain a Mexican visa, in violation of the conditions and restrictions therein contained.

The conduct alleged in this Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the District of Arizona, in that the last known U.S. residence of the defendant, CRAIG AUSTIN LANG, was in Surprise, Arizona, as provided by Title 18, United States Code, Section 3238.

///
///
///
///
///
///

In violation of Title 18, United States Code, Section 1544.

A TRUE BILL

/S/
FOREPERSON OF THE GRAND JURY
Date: June 5, 2019

MICHAEL BAILEY
United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice

/S/
CHRISTIAN LEVESQUE
Trial Attorney
Human Rights and Special Prosecutions Section, U.S. Department of Justice
District of Columbia Bar No. 501778
1301 New York Ave., NW
Suite 300
Washington, DC, 20530-0016
Telephone (202) 616-2609
christian.levesque@usdoj.gov

/S/
JAMES HEPBURN
Trial Attorney
Human Rights and Special Prosecutions Section, U.S. Department of Justice
Pennsylvania State Bar No. 200051
1301 New York Ave., NW
Suite 300
Washington, DC, 20530-0016
Telephone (202) 307-2908
james.hepburn2@usdoj.gov

JOSEPH KOEHLER
Assistant U.S. Attorney