1   MICHAEL BAILEY
    United States Attorney
2   District of Arizona

3   BRIAN BENCZKOWSKI
    Assistant Attorney General
4   U.S. Department of Justice

5   CHRISTIAN LEVESQUE
    Trial Attorney
6   District of Columbia Bar No. 501778
    Telephone (202) 616-2609
7   christian.levesque@usdoj.gov
    JAMES HEPBURN
8   Trial Attorney
    Pennsylvania State Bar No. 200051
9   Telephone (202) 307-2908
    james.hepburn2@usdoj.gov
10  Human Rights and Special Prosecutions Section, U.S. Department of Justice
    1301 New York Ave., NW
11  Suite 300
    Washington, DC, 20530-0016
12
    JOSEPH E. KOEHLER
13  Assistant United States Attorney
    Arizona State Bar No. 013288
14  Two Renaissance Square
    40 N. Central Ave., Suite 1800
15  Phoenix, Arizona 85004
    Telephone: 602-514-7500
16  Email: Joe.Koehler@usdoj.gov
    Attorneys for Plaintiff
17
                    IN THE UNITED STATES DISTRICT COURT
18
                        FOR THE DISTRICT OF ARIZONA
19

20  United States of America,                Case No. CR-19-00666-PHX-SPL

21              Plaintiff,                    **AFFIDAVIT IN SUPPORT OF**
                                             **EXTRADITION REQUEST**
22          vs.

23  Craig Austin Lang,

24              Defendant.

25              AFFIDAVIT IN SUPPORT OF EXTRADITION

26
        I, Joseph Koehler, being duly sworn, depose and state:
27

28  1.      I am a citizen of the United States of America and a resident of Arizona.

2.      From June 15, 1992 to the present, I have been employed as an Assistant United States Attorney (AUSA) in the United States Attorney's Office for the District of Arizona. As an AUSA, my duties include the prosecution of persons charged with criminal violations of the laws of the United States. Based on my training and experience, I am familiar with the criminal laws and procedures in the United States.  In my current position as an AUSA, I prosecute offenses involving the fraudulent use or misuse of passports, among other offenses.

3.      As an AUSA, I am responsible for the preparation and prosecution of criminal cases.  In the course of my official duties, I have become familiar with the charges and evidence against Craig Austin Lang (LANG), in the case entitled <u>United States v. Lang</u>, Case Number CR-19-00666-PHX-SPL.

**PROCEDURAL HISTORY OF THE CASE**

4.      On June 5, 2019, a federal grand jury sitting in the District of Arizona issued a one-count criminal indictment charging defendant LANG with one count of misuse of passport, in violation of Title 18, United States Code, Section 1544.  Under the laws of the United States, an indictment is a formal accusation or charging document issued by a grand jury. A grand jury consists of 16 to 23 citizens impaneled to review evidence of crimes presented to it by United States law enforcement authorities. Grand jurors consider whether there is enough credible evidence to believe that a crime has been committed and whether it is likely that the defendant committed the crime. The grand jury may file an indictment charging the defendant with a crime only when at least 12 grand jurors determine there is reason to believe that the defendant committed the crime. After an indictment is filed, the court will normally issue a warrant for the arrest of the defendant, if he or she is not yet in custody.

- 2 -

5.      A certified true and correct copy of the Indictment against CRAIG AUSTIN LANG in the criminal case titled, United States v. Lang, Case Number CR-19-00666-PHX-SPL, is attached hereto as Exhibit 1.[1]

6.      On June 6, 2019, based on the charges in the Indictment, the United States District Court for the District of Arizona issued a warrant for the arrest of LANG for the crime set forth in the Indictment.   The Clerk and Deputy Clerk are authorized and empowered under the laws of the United States to issue warrants.   A certified true and correct copy of the Warrant for Arrest for LANG is attached hereto as Exhibit 2.

7.      The copies of the Indictment and Warrant for Arrest attached hereto as Exhibits 1 and 2 are certified by a Deputy Clerk of the United States District Court for the District of Arizona. A Deputy Clerk of the Court is an officer of the Court and is authorized under the laws of the United States to certify court documents to be true and accurate copies of the originals. These certified copies bear the seal of the United States District Court for the District of Arizona.

8.      LANG has not been previously prosecuted, convicted, or ordered to serve a sentence for the offenses for which extradition is sought.

## THE CHARGES AND PERTINENT FEDERAL LAW

9.      Count 1 of the Indictment charges LANG with misuse of passport.  Title 18, United States Code, Section 1544 makes it illegal to "willfully and knowingly use[ ] or attempt[ ] to use any passport in violation of the conditions or restrictions therein contained . . ." Regarding this offense, the federal government must show that the defendant: (1) knowingly used any passport; and (2)

---

[1] The certified Indictment is the publicly available Indictment. As a result, the signatures of the Grand Jury Foreperson and trial attorneys, and all but the last four digits of the passport number are redacted in order to maintain privacy pursuant to regular procedure within the District of Arizona.

acted willfully, that is he deliberately and voluntarily used, or attempted to use, any passport; and (3) the passport was used in violation of restrictions placed on the passport.

10.     The Indictment charges that on or around September 24, 2018, in Mexico, LANG willfully and knowingly used and attempted to use United States Passport No. 529324398 by presenting this passport to Mexican authorities in order to obtain a Mexican visa, which was in violation of the conditions and restrictions contained on the passport.

11.     Title 18, United States Code, Section 1544 was a duly enacted law of the United States at the time the offense was committed, at the time the grand jury issued the Indictment, and at the time the United States District Court for the District of Arizona issued the arrest warrant. It remains in effect. A copy of this statute is attached hereto as Exhibit 3.

12.     The sentence that can be imposed upon conviction for the offense described in the Indictment and the above paragraphs of this affidavit is a fine, up to 10 years imprisonment, or both.

13.     Title 18, United States Code, Section 3282 governs the statute of limitations for prosecutions of the offense described in the Indictment and the above paragraphs of this affidavit. Because the offense charged in the Indictment occurred less than five years before the date of indictment, prosecution of this offense is not barred by the statute of limitations.

14.     The District of Arizona is contemplating filing additional charges against LANG. If charges are filed, prior to his extradition, the District of Arizona will supplement the extradition request with the additional charges.

## SUMMARY OF FACTS OF THE CASE

15.     On May 28, 2015, while residing in the State of North Carolina, LANG obtained a valid U.S. passport (No. 529324398). Using this passport, LANG traveled to various foreign countries.

16.     On or around June 15, 2017, LANG used a valid passport to fly from Ukraine to Kenya with the intent to cross over land into South Sudan. After he was denied admission to Sudan, Kenyan authorities detained LANG and the men with whom he was traveling and turned them over to U.S. authorities.

17.     Because LANG had failed to pay outstanding child support payments, the U.S. Consular Chief in Kenya informed Lang that his passport would be cancelled and he could receive a temporary passport valid only for return to the United States once he obtained a plane ticket.

18.     On July 3, 2017, LANG returned to the U.S. embassy in Nairobi where he received a letter from the U.S. Department of State informing him that his United States passport had been revoked and advising him that travel on this passport for any reason other than return to the United States would be a violation of federal law, Title 18, United States Code, Section 1544. LANG's passport was stamped with "Valid only for return to the United States."

19.     LANG returned to the United States in July 2017.

20.     LANG's private messages on Facebook in September 2018 show that he altered his revoked passport by putting a black ink "smudge" over an official stamp that indicated the passport was valid only for return to the United States.

21.     Additional private Facebook messages in September, October, and December 2018, which are detailed in Exhibit 4 (FBI Special Agent Curt Haralson's affidavit), show that LANG entered Mexico and obtained a Mexican visa using his revoked U.S. passport (No. 529324398).

22.     Passenger flight information, along with private Facebook messages, show that LANG then continued to travel on this revoked passport (No. 529324398). For example, on September 24, 2018, he traveled by air from Ciudad Juarez, Mexico, to Mexico City, Mexico. Then, on September 25, 2018, he travelled by air from Mexico City, Mexico, to Bogota, Colombia. Finally, he traveled

by air from Medellin, Colombia, to Madrid, Spain on November 23, 2018. It is believed that LANG used this revoked passport (No. 529324398) to gain admission to Ukraine.

23.     All of LANG's travel, referenced above, involved his illegal use of an altered and revoked passport. He has currently been charged in the District of Arizona for one count of misuse of passport, Title 18, United States Code, Section 1544, but the District of Arizona is considering charging him for additional counts of misuse of passport, among other possible charges.

26.     Interpol Washington received information from Interpol Kiev that Ukrainian authorities had stopped and detained a person matching the description of LANG at a road checkpoint in the Vinnitsa region of Ukraine. The U.S. passport number (No. 529324398) and photo of the person detained in Ukraine matches the description and U.S. passport associated with LANG's illegal misuse of passport for which he is charged in the United States District Court for the District of Arizona.

27.     Attached as Exhibit 4 is the affidavit of FBI Special Agent Curt Haralson. This affidavit further describes the evidence against LANG and the investigatory steps that have been taken.

**DESCRIPTION OF THE FUGITIVE**

28.     Craig Austin LANG is an American national, born on April 20, 1990. He is a White male, approximately 6 feet 2 inches tall (188 cm), and weighs approximately 185 pounds (84 kg), with blond hair and blue eyes. He has a tattoo on his right forearm. The affidavit of FBI Special Agent Curt Haralson provides additional information on the identification of LANG.

**CONCLUSION**

29.     I have attached the following documents in support of this extradition of LANG:

    a.      Exhibit 1:  A certified true and accurate copy of the Indictment.

    b.      Exhibit 2:  A certified true and accurate copy of the arrest warrant for LANG.

- 6 -

c.      Exhibit 3:  A true and accurate copy of the applicable criminal statute.

d.      Exhibit 4:  An affidavit, with attachment, of FBI Special Agent Curt Haralson, including a verified photograph of LANG.

30.      If Ukrainian authorities or a Ukrainian court believes that additional information is needed in support of this extradition request after the submission of this request, the United States (through the Department of Justice, Office of International Affairs) hereby requests that it be given notification of any perceived deficiencies immediately, and that the United States be given an opportunity to supplement its request for extradition within a reasonable time period.

31.     I have thoroughly reviewed FBI Special Agent Curt Haralson's affidavit and the attachments, and attest that this evidence indicates that LANG is guilty of the offense charged in the Indictment. This affidavit and the affidavit of FBI Special Agent Curt Haralson was sworn before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted this 30 day of August 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

JOSEPH E. KOEHLER
Assistant United States Attorney

SWORN AND SUBSCRIBED BEFORE ME

THIS _____ 30 _____ DAY OF AUGUST, 2019

HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE

- 8 -

Exhibit 1

FILED ___ LODGED ___
RECEIVED ___ COPY ___

JUN 0 5 2019

CLERK U S DIST'CT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

SEALED

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00666-PHX-SPL (JZB) |
| Plaintiff, | |
| vs. | **INDICTMENT** |
| Craig Austin Lang, | VIO: 18 U.S.C. § 1544<br>(Misuse of a Passport)<br>Count 1 |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about September 24, 2018, in Mexico, outside the jurisdiction of any particular state and district, CRAIG AUSTIN LANG, willfully and knowingly used and attempted to use United States passport No. XXXXX4398, in that the defendant did present said passport to Mexican authorities to obtain a Mexican visa, in violation of the conditions and restrictions therein contained.

The conduct alleged in this Indictment occurred outside the jurisdiction of any particular State or District and within the venue of the United States District Court for the District of Arizona, in that the last known U.S. residence of the defendant, CRAIG AUSTIN LANG, was in Surprise, Arizona, as provided by Title 18, United States Code, Section 3238.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1    In violation of Title 18, United States Code, Section 1544.

2                              A TRUE BILL

3                                    /S/
                              FOREPERSON OF THE GRAND JURY
4                             Date:  June 5, 2019

5    MICHAEL BAILEY
     United States Attorney
6    District of Arizona

7    BRIAN BENCZKOWSKI
     Assistant Attorney General
8    U.S. Department of Justice

9
         /S/
10   CHRISTIAN LEVESQUE
     Trial Attorney
11   Human Rights and Special Prosecutions Section, U.S. Department of Justice
     District of Columbia Bar No. 501778
12   1301 New York Ave., NW
     Suite 300
13   Washington, DC, 20530-0016
     Telephone (202) 616-2609
14   christian.levesque@usdoj.gov

15       /S/
     JAMES HEPBURN
16   Trial Attorney
     Human Rights and Special Prosecutions Section, U.S. Department of Justice
17   Pennsylvania State Bar No. 200051
     1301 New York Ave., NW
18   Suite 300
     Washington, DC, 20530-0016
19   Telephone (202) 307-2908
     james.hepburn2@usdoj.gov
20
     JOSEPH KOEHLER
21   Assistant U.S. Attorney

22
                              I hereby attest and certify on   6/6/19
23                            that the foregoing document is a full, true and correct
                              copy of the original on file in my office and in my custody.
24
                              CLERK, U.S. DISTRICT COURT
25                            DISTRICT OF ARIZONA

26                            By                                    Deputy

27

28
                                   - 2 -

Exhibit 2

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   CR-19-00666-PHX-SPL |
| | ) | |
| | ) | |
| Craig Austin Lang | ) | |
| Defendant | ) | |

## ARREST WARRANT

**SEALED**

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Craig Austin Lang                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - 18:1544 - Misuse of a Passport

Date:     06/06/2019
_____                                   _____
                                                                                    *Issuing officer's signature*

City and state:     Phoenix, Arizona                                        S. Quinones, Deputy Clerk
_____                                   _____
                                                                                         *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                         _____ |
|                                                                                          *Arresting officer's signature* |
|                                                                           _____ |
|                                                                                          *Printed name and title* |

Exhibit 3

EXHIBIT 3
RELEVANT STATUTORY PROVISION

**Title 18, United States Code, Section 1544 (Misuse of Passport)** states that:

Whoever willfully and knowingly uses, or attempts to use, any passport issued or designed for the use of another; or

Whoever willfully and knowingly uses or attempts to use any passport in violation of the conditions or restrictions therein contained, or of the rules prescribed pursuant to the laws regulating the issuance of passports; or

Whoever willfully and knowingly furnishes, disposes of, or delivers a passport to any person, for use by another than the person for whose use it was originally issued and designed—

Shall be fined under this title, imprisoned not more than 25 years (if the offense was committed to facilitate an act of international terrorism (as defined in section 2331 of this title)), 20 years (if the offense was committed to facilitate a drug trafficking crime (as defined in section 929(a) of this title)), 10 years (in the case of the first or second such offense, if the offense was not committed to facilitate such an act of international terrorism or a drug trafficking crime), or 15 years (in the case of any other offense), or both.

Exhibit 4

MICHAEL BAILEY
United States Attorney
District of Arizona

BRIAN BENCZKOWSKI
Assistant Attorney General
U.S. Department of Justice

CHRISTIAN LEVESQUE
Trial Attorney
District of Columbia Bar No. 501778
Telephone (202) 616-2609
christian.levesque@usdoj.gov
JAMES HEPBURN
Trial Attorney
Pennsylvania State Bar No. 200051
Telephone (202) 307-2908
james.hepburn2@usdoj.gov
Human Rights and Special Prosecutions Section, U.S. Department of Justice
1301 New York Ave., NW
Suite 300
Washington, DC, 20530-0016

JOSEPH E. KOEHLER
Assistant United States Attorney
Arizona State Bar No. 013288
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Joe.Koehler@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>                    Plaintiff,<br><br>             v.<br><br>Craig Austin Lang,<br>                    Defendant. | Case No. CR-19-00666-PHX-SPL<br><br>**AFFIDAVIT IN SUPPORT<br>OF EXTRADITION REQUEST** |

AFFIDAVIT IN SUPPORT OF EXTRADITION REQUEST

I, Curt Haralson, being duly sworn, hereby depose and state as follows:

1.    I am a citizen of the United States.

2.    I am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Chicago Division. I have been so employed since March 2015. I have learned from direct participation in the investigation, and from the reports and communications of other agents and officers, of the facts recited herein.

3.    As an FBI Special Agent, I am authorized to investigate violations of laws of the United States of America. I am a sworn law enforcement officer with authority to execute arrest and search warrants issued under the authority of the United States of America. I am responsible for conducting investigations of federal crimes, including alleged violations of the misuse of passport statute (Title 18, United States Code, Section 1544).

4.    In the course of my official duties, I have become familiar with the charge and evidence against Craig Austin Lang ("LANG"), in the case entitled <u>United States of America v. Craig Austin Lang</u>, Case Number CR-19-00666-PHX-SPL, which arose out of an investigation into the misuse of a passport by Craig Austin LANG on or about September 24, 2018, in Mexico.

5.    I make this affidavit in support of the request for extradition of LANG for the crime of misuse of passport.

## I. <u>INVESTIGATION</u>

6.    In the course of a separate investigation, federal law enforcement agents obtained a search warrant in the Northern District of Illinois allowing for the search of LANG's Facebook account, User ID 1400488067. The FBI received the contents from this search in January 2019.

7.      This Facebook account was positively associated to LANG because the account was in the name of CRAIG LANG and included photos of LANG, which were identified by witnesses. These photos of LANG matched his Arizona driver's license. Facebook's location tracking, which provides the geographic location of the Facebook messenger showed private Facebook messages were sent from locations that were consistent with LANG's known travel history.

8.      During the course of the investigation into LANG's illegal activities, U.S. Law enforcement agents reviewed LANG's Facebook account, interviewed witnesses, and reviewed documents from the U.S. State Department and other relevant sources of information.

9.      The investigation revealed that on May 28, 2015, LANG obtained a valid U.S. passport (No. 529324398). He applied for this passport in Greenville, North Carolina. Using this passport, LANG traveled to various foreign countries.

10.     On or about June 15, 2017, LANG flew from Ukraine to Kenya with two associates, using his U.S. passport (No. 529324398), which at the time was still valid. LANG intended to cross overland into South Sudan to engage in fighting in that country.  Sudanese officials denied the three men entry into South Sudan and sent them back to Nairobi, Kenya with instructions to obtain proper visas.

11.     Upon their arrival in Kenya, the three men were detained and turned over to U.S. authorities.  FBI agents interviewed LANG at the U.S. Embassy. The Consular Chief in the U.S. Embassy in Nairobi informed LANG that due to outstanding child support payments, his United States passport (No. 529324398) was being cancelled and he could receive a temporary passport, valid only for return to the United States, once he obtained a plane ticket.

12.     On July 3, 2017, LANG returned to the U.S. embassy in Nairobi where he received a letter from the U.S. Department of State informing him that his United States passport had been

- 3 -

revoked and advising him of the penalties he would face if he attempted to use it for any purpose other than to return to the United States.  Specifically, the letter informed LANG that any further travel using the revoked passport was a violation of federal law, Title 18, Section 1544. Additionally, LANG's passport was stamped with "Valid only for return to the United States."

13.     On July 11, 2017, the Department of State issued LANG a repatriation letter, informing LANG of the restricted use of his passport, which allowed him only to return directly to the U.S., and informed him of his obligation to repay the loan issued by the U.S. government for his return travel to the U.S.

14.     LANG signed an acknowledgment, indicating he was aware of restrictions placed on his passport and acknowledging he had received a loan from the U.S. government for the plane ticket that would enable him to return to the U.S.

15.     Using his U.S. passport (No. 529324398), LANG returned to Arizona in July 2017 and is believed to have lived with his mother in Surprise, Arizona.

16.     LANG acknowledged in his private messages on Facebook that his passport was "frozen" because he had not paid child support and that it was no longer valid for travel outside of the United States.

17.     LANG's private messages on Facebook indicate that he altered his revoked U.S. passport (No. 529324398) by obscuring and covering the consular stamp warning that it was valid only for return to the United States.

18.     On September 24, 2018, LANG posted in his private Facebook messages an image of his revoked passport (No. 529324398) showing the consular stamp had been covered with black ink, making the stamp illegible. He stated in the Facebook message accompanying the image of the passport that he tried to "hide government stamp that says no travel."

- 4 -

19.     LANG indicated in his private Facebook messages on September 24, 2018, that he intended to use this revoked and altered passport to travel to Mexico and elsewhere in Latin America: "If it [the passport] don't work at border I will have to sneak across to Mexico Guatemala Honduras and Nicaragua and hope I don't get caught."

20.     LANG's private Facebook messages further reveal that on or about September 24, 2018, he crossed into Ciudad Juarez, Mexico from El Paso, Texas, United States, and used his revoked U.S. passport (No. 529324398) to obtain a Mexican visa.

21.     LANG admitted in private Facebook messages that he presented his revoked U.S. passport (No. 529324398), which contained the black ink stain covering and obscuring the consular stamp limiting its use, to Mexican authorities. On October 1, 2018, in his private Facebook messages LANG admitted: "Fucking us [sic] put a stamp in my passport saying I can't leave the country Smeared that shit with ink and walk into Juarez."

22.     On December 1, 2018 LANG stated that he "entered Mexico with US [passport] and a $20 in it . . . Mexico will give anyone a visa if you slip some cash in your passport They don't even bother to check if its active or not."

23.     In another Facebook message, LANG admitted: "Yeah they just put a huge stamp in it saying barred from exiting the US I then proceeded to cover that stamp with ink and when I got to mexico just blamed it on the African countries immigration."

24.     Private Facebook messages and other documentation also reveal that LANG used this revoked passport to travel from Mexico to Colombia and from Colombia to Spain and to Ukraine, among other possible places.

25.     LANG's last known U.S. residence is in Surprise, Arizona. His last known driver's license is from Arizona with the address in Surprise, Arizona. LANG's full name, date of birth,

- 5 -

and photograph listed on his Arizona driver's license are consistent with the full name, date of birth and photograph provided in his revoked U.S. passport (No. 529324398).

## II. <u>IDENTIFICATION</u>

26.    CRAIG AUSTIN LANG is an American national, born on April 20, 1990.  He is described as a White male, standing approximately 6 feet 2 inches tall (188 cm), and weighing approximately 185 pounds (84 kg), with blond hair and blue eyes. He has a tattoo on his right forearm depicting letters in a foreign language. A photograph of Craig Austin LANG is attached to this Affidavit as Exhibit A. This photograph, which is contained in an Arizona driver's license, matches the appearance and description of the person shown in revoked U.S. passport (No. 529324398) who is identified as CRAIG AUSTIN LANG.

### III. __CONCLUSION__

27.    Based upon the foregoing, the United States of America respectfully requests that CRAIG AUSTIN LANG be extradited from Ukraine to the United States of America for prosecution of the above criminal offense, Title 18, United States Code, Section 1544.


CURT HARALSON
SPECIAL AGENT, FBI


SWORN AND SUBSCRIBED BEFORE ME

THIS _____ DAY OF AUGUST, 2019


HONORABLE MICHELLE H. BURNS
UNITED STATES MAGISTRATE JUDGE

- 7 -

Exhibit A

Lang

Thu May 02 16:56:11 MST 2019
Prepared by: Taylor Boyer

## DQP Response: 05/02/2019 16:54:47

```
MVD.40-01 DR.FBIPX120.AZFBIPX00.*M711/56789.
TXT NAM/LANG, CRAIG.DOB/19900420.
NAME:CRAIG,AUSTIN,LANG                DOB:04/20/1990   RCPT#:SR141402
ADDR:13145 W CALAVAR RD               SURPRISE                AZ 85379
ISSUE DT:01/13/2017 EXP:04/20/2055    SEX:M HGT:602 WGT:185 HAIR:BLN EYE:BLU
OLN:D10041951     SSN:242971179       OLT:OPERATOR CLASS D
PREV LIC: 39603770                    PREV ST: NC
```

ADDRESS: 13145 W CALAVAR RD, SURPRISE AZ 85379



Image Date:1/13/2017 2:09:30 PM

*Unauthorized access reproduction, or dissemination is prohibited.*

Page 1 of 2

Lang

Thu May 02 16:56:11 MST 2019
Prepared by: Taylor Boyer

## RNQ Response: 05/02/2019 16:55:07

```
MVD.12-01 RNR.FBIPX120.AZFBIPX00.TXT NAM/LANG,CRAIG.DOB/19900420.
NO RECORD WITH THIS SEQUENCE NUMBER
```

## RNQ Response: 05/02/2019 16:55:22

```
MVD.12-01 RNR.FBIPX120.AZFBIPX00.TXT NAM/LANG,CRAIG.DOB/19900420.
NO RECORD WITH THIS SEQUENCE NUMBER
```

*Unauthorized access reproduction, or dissemination is prohibited.*