AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED _____ LODGED
____ RECEIVED _____ COPY

JUN 7 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case No. CR-19-00666-PHX-SPL |
| Craig Austin Lang | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Craig Austin Lang                                ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1 - 18:1544 - Misuse of a Passport

Date:   06/06/2019

_____
*Issuing officer's signature*

City and state:   Phoenix, Arizona

S. Quinones, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 06/06/2019, and the person was arrested on *(date)* 05/31/2024
at *(city and state)* FT. MYERS, FL.

Date: 06/03/2024

BY: F.B.I.
*Arresting officer's signature*

_____
*Printed name and title*